NASSAU SUPPLY Co., INC., Appellant, *v.* ICE SERVICE
Co., INC., Respondent.

(Submitted October 7, 1929; decided October 8, 1929.)

*Walter Jeffreys Carlin* and *Paul C. Werner* for motion.
*I. Gainsburg* and *Seymour B. Liebman* opposed.

Motion denied.